✤AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
JAN 30 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| CARLOS OZUNA-RAMIREZ (1) | (For Offenses Committed On or After November 1, 1987) |

CASE NUMBER: 16CR0654-W

Rebecca C. Fish, Federal Defenders Inc.
Defendant's Attorney

**REGISTRATION No.** 82352308

THE DEFENDANT:
X was found in violation based on his conviction   in   16CR2354-W

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

**Allegation Number**          **Nature of Violation**
One (nv1)                             Committed Law Violation

       The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

       IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

JANUARY 30, 2017
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

AO 245B   JUDGMENT IN A CRIMINAL CASE
          SHEET 2 - IMPRISONMENT

Judgment - Page 2 of 2

DEFENDANT: CARLOS OZUNA-RAMIREZ (1)
CASE NUMBER: 16CR0654-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months, 3 months to run concurrent to the sentence imposed in 16CR2354-W and 3 months to run consecutive to the sentence imposed in 16CR2354-W

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal